Gretchen L. Staft
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gretchen_staft@fd.org

Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>STUART GREGORY RAVN,<br><br>               Defendant. | Case No. 3:18-cr-00137-TMB<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT** |

COMES NOW, Assistant Federal Defender Gretchen Staft, and hereby notifies the court and parties of the substitution of counsel in this matter. Undersigned will replace Assistant Federal Defender Darrel J. Gardner as counsel of record for defendant. All future filings and correspondence should be served on Ms. Staft at the following:

> Gretchen L. Staft
> Assistant Federal Defender
> 425 G Street, Suite 800
> Anchorage, Alaska 99501
> Phone: (907) 646-3400
> Fax: (907) 646-3480
> Email: gretchen_staft@fd.org

In light of this notice, the Clerk's Office is authorized to terminate service on Mr. Gardner as he is no longer an active participant in this matter.

DATED at Anchorage, Alaska this 24th day of February, 2020.

> Respectfully submitted,
> FEDERAL PUBLIC DEFENDER
> DISTRICT OF ALASKA
>
> */s/ Gretchen L. Staft*
> Gretchen L. Staft
> Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 24, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gretchen L. Staft*